IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE/CHARLOTTE DIVISIONS

DOCKET NO. 3:06CR45-RLV-1
5:05CR32-RLV-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TONY WELLS | ) | |
| | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's *Pro Se* Motion For Twelve Months Halfway House Plus Six Months Of Home Confinement Modifications Pursuant to 18 U.S.C. § 3583(E)(2) And 18 U.S.C. § 3563(b)(11). (Doc. 48).

After reviewing the Defendant's *Pro Se* Motion, the Court concludes that the Motion is premature, in that, Defendant still has a number of years yet to serve of his sentencing term.

IT IS, THEREFORE, ORDERED that Defendant's Motion is DENIED.

Signed: April 16, 2018

Richard L. Voorhees
United States District Judge